1 | **CAROL ANN MOSES #164193**
Attorney at Law
2 | 575 East Alluvial, Ste. 105
Fresno, California 93720
3 | Telephone: (559) 449-9069
Facsimile: (559) 513-8530
4 |
5 | Attorney for Defendant,
DANIEL HERSHMAN
6 |
7 |
8 |
                          UNITED STATES DISTRICT COURT

                          EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:13-MJ-00083-MJS |
| | ) | |
| | ) | WAIVER OF DEFENDANT'S |
| Plaintiff, | ) | PERSONAL APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL HERSHMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE ABOVE-ENTITLED COURT:

The Defendant DANIEL HERSHMAN, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause. Examples of hearings concerning which the defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Mr. Hershman requests a telephonic initial appearance and a waiver of personal appearance at all status conferences. He is a partner in a custom home building company. He lives in Encino. He is 53 years old and has no criminal history.

Dated: August 16, 2013     By: /s/ Daniel Hershman
                               DANIEL HERSHMAN

Dated: August 16, 2013     By: /s/ Carol Ann Moses
                               CAROL ANN MOSES
                               Attorney for Defendant,
                               DANIEL HERSHMAN

IT IS SO ORDERED.

**Dated: August 19, 2013**

UNITED STATES MAGISTRATE JUDGE